JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 12-1888 DOC (ANx)　　　　　　　　　　　Date: November 7, 2012

Title: KEITH JUDD ET AL. V. BARACK OBAMA ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT　　　　　　　　　　　　　　　NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER STRIKING COMPLAINT (DKT. 1)

　　　　The Court hereby STRIKES Plaintiffs' Complaint for failure to comply with Local Rule 3-2. That rule states:

> "All Claim-Initiating Documents and simultaneously filed emergency-relief documents shall also be submitted in electronic form (PDF format only) by close of business the following business day [after filing in paper format]. . . . Attorneys who fail to timely e-mail PDF copies of these documents shall be subject to such sanctions as may be imposed by the Court."

　　　　The Court notes that Plaintiffs similarly failed to comply with this Rule the last time they brought this lawsuit, and never filed a copy of their claim-initiating document. *See Keith Judd et al. v. Barack Obama et al.*, 8:12-cv-1507-DOC-AN (filed September 10, 2012) (Dkts. 1 & 6).

　　　　The Clerk shall serve a copy of this minute order on counsel for all parties in this action.