Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Judd et al          )          case 12-cv-01888

v          )          Judge David O. Carter Presiding

Obama et al   )

## NOTICE OF APPEAL

**Order by Judge David O. Carter (Document 5) to strike the complaint and dismiss the case was appealed to the 9th Circuit court of Appeals**

**/s/ Dr. Orly Taitz, ESQ**

**11.29.2012**

## Certificate of Service

**I, Lila Dubert,  I am over 18 years old, not a party to this case  and I attest that I served a true and correct copy of aforementioned copy of Notice of Appeal to all parties in this case on 11.29.2012**

**Lila Dubert**_____