Court Name: U.S. District Court
Division: 8
Receipt Number: SA006562
Cashier ID: lwcash
Transaction Date: 12/03/2012
Payer Name: Orly Taitz
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Orly Taitz
 Case/Party: D-CAC-8-12-CV-001888-001
 Amount:       $455.00
------------------------------------
CREDIT CARD
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.